# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BEVAN, | |
| Plaintiff, | NO. 3:17-CV-0919 |
| v. | (JUDGE CAPUTO) |
| COUNTY OF LACKAWANNA, | |
| Defendant. | |

## ORDER

**NOW**, this 12th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant County of Lackawanna's Motion to Dismiss (Doc. 7) is **GRANTED in part and denied in part**.

(2) Plaintiff James Bevan's FMLA interference and denial of leave claims in Counts VIII and IX of the Complaint are **DISMISSED with prejudice**.

(3) Defendant's motion is **DENIED in all other respects**.

(4) Defendant shall file an Answer to the Complaint within **twenty-one (21) days** from the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge